# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
P. O. BOX 1547
FORT SMITH, ARKANSAS 72902
(479) 783-6833  FAX (479) 783-6308

**CHRISTOPHER R. JOHNSON**
CLERK

101 S JACKSON, ROOM 205
EL DORADO, ARKANSAS 71730

500 N State Line Blvd, Room 302
TEXARKANA, ARKANSAS 71854

January 26, 2011

35 E MOUNTAIN, RM 510
FAYETTEVILLE, ARKANSAS 72701

100 RESERVE ST, RM 347
HOT SPRINGS, ARKANSAS 71901

Clerk, U S District Court
Martin Luther King Federal Building
50 Walnut Street, Room 4015
Newark, NJ 07102

ATTENTION:   Criminal Division

Re:   *USA v. Andrew Auernheimer*

   *WD/AR Case No. 5:11M5003-001*

   *District of New Jersey Case No.* 11-4022 (CCC)

Dear Clerk:

Enclosed please find the following documents regarding the above named defendant:

1.   Complaint  (certified copy).
2.   Clerk's Minutes (certified copy).
3.   Financial Affidavit (original).
4.   Detention Order (certified copy).
5.   Clerk's Minutes of Detention Hearing (certified copy).
6.   Commitment to Another District (original).
7.   Order Appointing CJA Counsel (certified copy).

Also enclosed is a certified copy of the docket sheet from the Western District of Arkansas.  Please mark the enclosed copy of this letter as received and return in the enclosed, self-addressed envelope.

Sincerely,

CHRISTOPHER R. JOHNSON

CLERK OF THE COURT

by:

   Gina Rhodes Hellums

Courtroom Deputy Clerk

Enclosures as stated

ORIGINAL FILED

LDV-ZI 2010R00031

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : **CRIMINAL COMPLAINT** |
| | : Western District of Arkansas |
| | : 5:11 M5003-001 |
| DANIEL SPITLER and | : |
| ANDREW AUERNHEIMER | : Mag. No. 11-4022 (CCC) |

I, Christian Schorle, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

Christian Schorle, Special Agent,
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.
January 13, 2011, at Newark, New Jersey

HONORABLE CLAIRE C. CECCHI
UNITED STATES MAGISTRATE JUDGE

**U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 1 8 2011

CHRIS R. JOHNSON, Clerk
By**

Deputy Clerk

## ATTACHMENT A

### Count 1
### (Conspiracy to Access a Computer without Authorization)

From on or about June 2, 2010 through on or about June 11, 2010, in the District of New Jersey, and elsewhere defendants

### DANIEL SPITLER and
### ANDREW AUERNHEIMER

knowingly and intentionally conspired with each other and others to access a computer without authorization and to exceed authorized access, and thereby obtain information from a protected computer, namely the servers of AT&T, in furtherance of a criminal violation of the laws of the State of New Jersey, specifically, N.J.S.A. 2C:20-31, contrary to Title 18, United States Code, Sections 1030(a)(2)(C) and 1030(c)(2)(B)(ii), in violation of Title 18, United States Code, Section 371.

### Count 2
### (Fraud in Connection with Personal Information)

From on or about June 2, 2010 through on or about June 11, 2010, in the District of New Jersey, and elsewhere defendants

### DANIEL SPITLER and
### ANDREW AUERNHEIMER

knowingly transferred, possessed, and used, without lawful authority, means of identification of other persons, including means of identification of thousands of New Jersey residents, in connection with unlawful activity, specifically, the unlawful accessing of AT&T's servers contrary to Title 18, United States Code, Section 1030(a)(2)(C), in violation of Title 18, United States Code, Section 1028(a)(7).

## ATTACHMENT B

I, Christian Schorle, am a Special Agent with the Federal Bureau of Investigation. I have knowledge of the facts set forth below from my involvement in the investigation, a review of reports, and discussions with other law enforcement personnel. Any statements attributed to individuals are described in substance and in part.

1.      Since in or about June 2010, the Federal Bureau of Investigation has been investigating a data breach at AT&T that resulted in the theft of personal information of approximately 120,000 AT&T customers, thousands of whom are New Jersey residents. That data breach and associated theft were perpetrated by Daniel Spitler ("defendant Spitler") and Andrew Auernheimer ("defendant Auernheimer") for the express purpose of causing monetary and reputational damage to AT&T and monetary and reputational benefits to the defendants.

### A.   The iPad and AT&T

2.      At all times relevant to this Complaint:

a.      The iPad, introduced to the market on or about January 27, 2010, was a device developed and marketed by Apple Computer, Inc. It was a touch-screen tablet computer, roughly the size of a magazine. The iPad allowed users to, among other things, access the Internet, send and receive electronic mail, view photographs and videos, read electronic books, word-process, and create spreadsheets and charts.

b.      AT&T Communications, Inc. ("AT&T") was an interexchange carrier and long distance telephone company headquartered in Bedminster, New Jersey. Among other things, AT&T provided certain iPad users with Internet connectivity via AT&T's 3G wireless network.[1]

c.      AT&T offered two data plans for iPad 3G users: 250 MB of data per month for $14.99 and 2 GB of data per month for $25.[2] iPad 3G users who wished to subscribe to the AT&T 3G network had to register with AT&T. During the registration process, the user was required to provide, among other things, an e-mail address, billing address, and password.

d.      At the time of registration, AT&T automatically linked the iPad 3G user's e-mail address to the Integrated Circuit Card Identifier ("ICC-ID") of the user's iPad, which was

---

[1] Both Wi-Fi and the 3G wireless network were mechanisms by which users could access the Internet. For some iPad models, Internet connectivity was provided strictly over Wi-Fi, while others offered a combination of Wi-Fi and AT&T's 3G wireless network.

[2] Until on or about June 7, 2010, AT&T also offered a third data plan, which allowed users unlimited access to data for $29.99 per month.

a 19 to 20 digit number unique to every iPad (specifically, unique to the Subscriber Identity Module ("SIM") card in the iPad). Accordingly, each time a user accessed the AT&T website, his ICC-ID was recognized and, in turn, his e-mail address was automatically populated, providing the user with speedier and more user-friendly access to the website.

> e.      The ICC-IDs and associated iPad 3G user e-mail addresses were not available to the public and were kept confidential by AT&T.

## B.    The Data Breach

3.      Prior to mid-June 2010, when an iPad 3G communicated with AT&T's website, its ICC-ID was automatically displayed in the Universal Resource Locator, or "URL," of the AT&T website in plain text. Seeing this, and discovering that each ICC-ID was connected to an iPad 3G user e-mail address, hackers wrote a script termed the "iPad 3G Account Slurper" (the "Account Slurper") and deployed it against AT&T's servers. AT&T's servers are protected computers as defined in Title 18, United States Code, Section 1030(e)(2).

4.      The Account Slurper attacked AT&T's servers for several days in early June 2010, and was designed to harvest as many ICC-ID/e-mail address pairings as possible. It worked as follows:

> a.      The Account Slurper was designed to mimic the behavior of an iPad 3G so that AT&T's servers were fooled into believing that they were communicating with an actual iPad 3G and wrongly granted the Account Slurper access to AT&T's servers.

> b.      Once deployed, the Account Slurper utilized a process known as a "brute force" attack – an iterative process used to obtain information from a computer system – against AT&T's servers. Specifically, the Account Slurper randomly guessed at ranges of ICC-IDs. An incorrect guess was met with no additional information, while a correct guess was rewarded with an ICC-ID/e-mail pairing for a specific, identifiable iPad 3G user.

5.      From on or about June 5, 2010 through on or about June 9, 2010, the Account Slurper attacked AT&T's servers, gained unauthorized access to those servers, and ultimately stole for its hacker-authors approximately 120,000 ICC-ID/e-mail address pairings for iPad 3G customers. This was done without the authorization of AT&T, Apple, or any of the individual iPad 3G users.

## C.    Andrew Auernheimer and Goatse Security Take Credit for the Breach

6.      On or about June 9, 2010, immediately following the theft, the hacker-authors of the Account Slurper provided the stolen e-mail addresses and ICC-IDs to the website Gawker

(http://gawker.com).³  Gawker proceeded to publish on its website the stolen information, albeit in redacted form, as well as an article concerning the breach (the "Gawker Article").

    7.    The Gawker Article provided in relevant part:

> A security breach has exposed iPad owners including dozens of CEOs, military officials, and top politicians. They – and every other buyer of the cellular-enabled tablet – could be vulnerable to spam marketing and malicious hacking. The breach . . . exposed the most exclusive email list on the planet, a collection of early-adopter iPad 3G subscribers that includes thousands of A-listers in finance, politics and media, from New York Times Co. CEO Janet Robinson to Diane Sawyer of ABC News to film mogul Harvey Weinstein to Mayor Michael Bloomberg. It even appears that White House Chief of Staff Rahm Emanuel's information was compromised. It doesn't stop there. According to the data we were given by the web security group that exploited vulnerabilities on the AT&T network, we believe 114,000 user accounts have been compromised, although it's possible that confidential information about every iPad 3G owner in the U.S. has been exposed.

    8.    Under the heading, "Breach details: Who did it, and how," the Gawker Article reported: "The [AT&T] subscriber data was obtained by a group calling itself Goatse Security." The Article continued:

> The group wrote a PHP script to automate the harvesting of data. Since a member of the group tells us the script was shared with third-parties prior to AT&T closing the security hole, it's not known exactly whose hands the exploit fell into and what those people did with the names they obtained. A member tells us it's likely many accounts beyond the 114,000 have been compromised.⁴

    9.    On the same day the Gawker Article appeared, June 9, 2010, a post was made to the LiveJournal weblog, http://weev.livejournal.com, which read: "Oh hey, my security consulting group just found a privacy breach at AT&T[.]"⁵  The post further linked to the Gawker Article and stated: "[T]his story has been broken for 15 minutes, twitter is blowing the fuck up,

---

³ Gawker is a website that advertises itself as providing "Gossip from Manhattan and the Beltway to Hollywood and the Valley."

⁴ In fact, as noted above, information was stolen from approximately 120,000 accounts.

⁵ LiveJournal is a social networking website on which users can set up personal weblogs and post messages. Once a weblog has been created, only the user of that weblog can post messages and content on that weblog.

we are on the forntpage of google news and we are on drudge report (the big headline)[.]"[6]  The "User Profile" for the LiveJournal weblog, http://weev.livejournal.com, listed the user as "weev" with the name "Escher Auernheimer."

10.    On or about June 10, 2010, the website CNET published an article titled, "Hacker defends going public with AT&T's iPad data breach (Q&A)." The article reported: "On Thursday, CNET talked to a key member of Goatse – Escher Auernheimer, also known as 'Weev' – about the group and what motivates them." In the article, a question and answer dialog was presented, including the following:

> Q:    So, one of your members had an iPad and noticed this strange interaction with the AT&T Web site?
>
> A:    He used this AT&T security maintenance app. It was part of the normal user experience that tipped him off to something that would allow him to scrape this data.
>
> Q:    Then a script was written to do an automated brute force, right?
>
> A:    Correct.

11.    More recently, on or about November 17, 2010, in an e-mail sent to an Assistant United States in the District of New Jersey, defendant Auernheimer again took credit for the data breach and associated theft of ICC-ID/e-mail address pairings, writing: "AT&T needs to be held accountable for their insecure infrastructure as a public utility and we must defend the rights of consumers, over the rights of shareholders. . . . I advise you to discuss this matter with your family, your friends, victims of crimes you have prosecuted, and your teachers for they are the people who would have been harmed had AT&T been allowed to silently bury their negligent endangerment of United States infrastructure."

## D.    Goatse Security

12.    Through their investigation, federal law enforcement officers have learned that Goatse Security is a loose association of Internet hackers and self-professed Internet "trolls."[7] Indeed, defendant Auernheimer has previously been public and outspoken about his trolling activities. For example:

---

[6] All spelling and grammatical errors in this paragraph are per the original.

[7] A "troll" is a person who intentionally, and without authorization, disrupts services and content on the Internet.

a.   In an August 3, 2008 interview with *The New York Times*, defendant Auernheimer admitted: "I hack, I ruin, I make piles of money. I make people afraid for their lives. Trolling is basically Internet eugenics. I want everyone off the Internet. Bloggers are filth. They need to be destroyed. Blogging gives the illusion of participation to a bunch of retards. . . . We need to put these people in the oven!"

b.   Likewise, in an interview with the website Corrupt in August 2008, defendant Auernheimer stated: "The security industry does not work against hackers. Security is a myth, there is no system that cannot be broken. . . . For the companies I've targeted, I've showed up at their parties and given some friendly greetings to bask in the looks of disgust and disdain. I take credit and responsibility for my actions."

c.   Defendant Auernheimer also maintains a webpage at www.blip.tv, which is a website that, like YouTube, allows users to create and post videos. On his blip.tv page, Auernheimer posted several "sermons" in the guise of the "iProphet." One such video was entitled "Sermon on Fear and The Men In Black/Direct Democracy." During this video, Auernheimer stated: "Trolling can frequently have large economic repercussions as, as I learned, I learned when I trolled Amazon. I saw a one billion dollar change in their market capitalization. That's the most monetary affection [sic] of a publicly traded stock that I've ever personally done. I mean, I've caused a more dramatic shift in price, but never market capitalization." Auernheimer continued: "So a billion dollars changed hands as a result of my trolling, and I'm very, very glad to know that such insignificant things on the Internet can have drastic, far reaching effects."

13.   According to the Goatse Security website, the Goatse Security "Team" includes eight members, among whom are defendant Auernheimer and "JacksonBrown." Through various investigative techniques, law enforcement officers have identified "JacksonBrown" as defendant Spitler.

14.   The Goatse Security website describes defendant Auernheimer as having "[e]xtensive offensive web app vuln and business logic exploitation experience. Bash while drunk, perl while tripping, Ruby while living in SF SoMa. Representing antisec, Bantown and Encyclopedia Dramatica. President of the GNAA." Defendant Spitler is described as an "embedded and mobile devices engineer. PPC assembly. GNAA, obviously." The Goatse Security website provides a hyperlink to the GNAA website.

15.   The GNAA website states that "[t]his website is maintained by the GNAA, world-famous trolling organization." The GNAA website provides hyperlinks to the Goatse Security website, as well as defendant Auernheimer's LiveJournal weblog.

**E.**     **The Internet Relay Chats**

16.     On or about June 15, 2010, pursuant to a search warrant signed by the Honorable Erin L. Setser, U.S.M.J. in the Western District of Arkansas, law enforcement officers conducted a search of defendant Auernheimer's home, located in Fayetteville, Arkansas.  During the execution of the search warrant, defendant Auernheimer agreed to speak with federal law enforcement officers and stated, among other things, that he and the other members of Goatse Security often communicated with one another using an online medium known as Internet Relay Chat, or "IRC."

17.     Approximately one month after the search of defendant Auernheimer's home, a confidential source (the "CS") contacted federal law enforcement officers and stated, among other things, that the CS routinely monitored "#dominion," one of the IRC channels used by Goatse Security members to communicate with one another.  The CS also provided law enforcement officers with chat logs from the "#dominion" channel from on or about June 2, 2010 through on or about June 11, 2010.  Extending over 150 pages, those chat logs conclusively demonstrate that defendants Spitler and Auernheimer were responsible for the data breach and conducted the breach to simultaneously damage AT&T and promote themselves and Goatse Security.  Excerpts from the chat logs are provided below.[8]

**June 5, 2010**

18.     On or about June 5, 2010, defendant Spitler was chatting with "Nstyr" and "Pynchon," and the three considered the possible benefits of harvesting ICC-ID/e-mail pairings:

| | |
|---|---|
| Spitler: | if you enter valid ICCIDs in this website you can get iPad subscriber email addresses I dont see the point unless we phish[9] for passes even then that's boring |
| Nstyr: | data minig *mining you could put them in a database for spamming for example sell them to spammers. . . |
| Spitler: | tru ipad focused spam |
| Pynchon: | harvest all the emails then expose it publicly |

---

[8] All spelling and grammatical errors throughout the IRC chats are per the original authors.

[9] "Phishing" involves sending e-mails to users falsely claiming to be an established, legitimate enterprise in an attempt to scam the users into surrendering private information that will be used for identity theft.

| Spitler: | hahaha |
| Pynchon: | tarnish at&t |
| Spitler: | true |
| Nstyr: | or sell if for thousands to the biggest spammers |

19.     Later that day, defendant Spitler reported the following to defendant Auernheimer:

| Spitler: | I just harvested 197 email addresses of iPad 3G subscribers there should be many more . . . weev: did you see my new project? |
| Auernheimer: | no |
| Spitler: | I'm stepping through iPad SIM ICCIDs to harvest email addresses if you use someones ICCID on the ipad service site it gives you their address |
| . . . | |
| Auernheimer: | looool thats hilarious HILARIOUS oh man now this is big media news . . . is it scriptable?  arent there SIM that spoof iccid?[10] |
| Spitler: | I wrote a script to generate valid iccids and it loads the site and pulls an email |
| . . . | |
| Auernheimer: | this could be like, a future massive phishing operation serious like this is valuable data we have a list a potential complete list of AT&T iphone subscriber emails |
| Spitler: | ipad but yeah |

20.     When defendant Spitler announced that he was "in a rut" and having difficulty determining additional ICC-ID/e-mail pairings, defendant Auernheimer assisted, offering: "SIM cards may be allocated by geographic region, either for number administration ornetwork

---

[10] "LOL" and its variants stand for laughing out loud.

-9-

planning reasons. The method of payment (pre-paid, post-paid) may be allocated on the SIM cards. . . . so sims are definitely preallocated either by geographic region sales channes, service providers or MVNOs question is who allocates them . . . probably AT&T suballocates free IDs to apple hopefully not at random . . . otherwise we have a real big space to search[.]"

21.    On or about June 5, 2010, and again the following day, defendant Auernheimer encouraged defendant Spitler to amass as many ICC-ID/e-mail pairings as possible, writing: "if we can get a big dataset we could direct market ipad accessories[.]" Likewise, after learning that defendant Spitler had collected "625 emails," defendant Auernheimer wrote: "takes like, millions to be profitable re: spam but thats a start[.]"

**June 6, 2010**

22.    Responding to defendant Auernheimer's encouragement, on or about June 6, 2010, defendant Spitler reported:

| Spitler: | I hit fucking oil |
| --- | --- |
| Auernheimer: | looooool nice |
| Spitler: | If I can get a couple thousand out of this set where can we drop this for max lols? |
| Auernheimer: | dunno i would collect as much data as possible the minute its dropped, itll be fixed BUT valleywag i have all the gawker media people on my facecrook friends after goin to a gawker party |

23.    As defendant Spitler uncovered additional ICC-ID/e-mail pairings, he continued speaking with defendant Auernheimer about releasing the information to the press and, related, the legality of the data breach:

| Spitler: | do I got to get involved |
| --- | --- |
| Auernheimer: | no |
| Spitler: | I'd like my anonaminity |
| Auernheimer: | alright |
| Spitler: | sry dunno how legal this is or if they could sue for damages |
| Auernheimer: | absolutely may be legal risk yeah, mostly civil you |

|  |  |
|---|---|
|  | absolutely could get sued to fuck |
| **Spitler:** | D8[11] |
| **Auernheimer:** | alright i can wrangle the press just get me the codes and whatnot show me how to run this thing |

24.    Defendant Spitler then proceeded to provide the script to defendant Auernheimer, writing: "heres the script you run it php [script redacted] like first number is iccid minus the checkdigit second number is count or how many you want to check you have to pipe the output it just starts checking sequentially adding the proper checkdigit automatically lol[.]"

25.    As defendants Spitler and Auernheimer were conversing, another Goatse Security member, "Rucas," offered his advice on how best to use the ICC-ID/e-mail address pairings, stating: "dont go to the press sell the list to competitors . . . i just had an idea send out at&t phishing e-mails to all these idiots with an ipad trojan[.]"

26.    As the data breach continued, defendant Auernheimer wrote to defendant Spitler: "if we get 1 reporters address with this somehow we instantly have a story . . . the best way to have a leadin on it . . . HI I STOLE YOUR EMAIL FROM AT&&T WANT TO KNOW HOW?" Defendant Spitler then proceeded to provide defendant Auernheimer with an ICC-ID and e-mail address for a member of the Board of Directors at News Corporation.  Defendant Auernheimer sent an e-mail to that Board member, which read in relevant part:

> An information leak on AT&T's network allows severe privacy violations to iPad 3G users.  Your iPad's unique network identifier was pulled straight out of AT&T's database . . . .  We have collected many such identifiers for members of the media and major tech companies . . . .  If a journalist in your organization would like to discuss this particular issue with us[,] I would be absolutely happy to describe the method of theft in more detail.

27.    As the data breach continued, so too did the discussions between defendants Spitler and Auernheimer and other Goatse Security members about the best way to take advantage of the breach and associated theft:

| **Pynchon:** | hey, just an idea delay this outing for a couple days tommorow short some at&t stock then out them on tuesday then fill your short and profit |
|---|---|
| **Rucas:** | LOL |

---

[11] The phrase "D8" means to be deeply involved in an activity or to perform an activity to the fullest extent possible.

| Auernheimer: | well i will say this it would be against the law . . . for ME to short the att stock but if you want to do it go nuts |
| Spitler: | I dont have any money to invest in ATT |
| . . . | |
| Auernheimer: | if you short ATT dont let me know about it |
| Spitler: | IM TAKIN YOU ALL DOWN WITH ME SNITCH HIGH EVERY DAY |

**June 7, 2010**

28.    After defendant Spitler announced that he had stolen over 100,000 ICC-ID/e-mail address pairings, defendant Auernheimer stated: "the more email addresses we get . . . the more of a freakout we can cause if nothing else we can pack these into a [database] . . . and do a mail merge and mail EVERYONE with an ipad 3g l o l[.]" To that, defendant Spitler responded simply: "lawlwla[.]"

**June 9, 2010**

29.    After the Gawker Article was published, defendant Spitler was afflicted by "post-troll paranoia" and solicited advice from other Goatse Security members. "Rucas" offered the following: "what i'd do RIGHT NOW is open your router reset default passwords turn off wep etc that gives you some sort of plausible deniability that it was actually YOU using your internet if you can see other wireless networks in your area use their SSID that way idiots on xp will automatically connect to yours sometime and you can show that there are people who are NOT YOU on your network[.]"

30.    Thereafter, the following conversation ensued:

| Rucas: | remember this key phrase |
| Spitler: | again |
| Rucas: | "I DON'T KNOW ANYTHING. I AM INVOKING MY MIRANDA RIGHT TO REMAIN SILENT." |
| Spitler: | this Ian criminal isn't |
| Rucas: | it is |

-12-

| Spitler: | no |
| Rucas: | why isn't it why don't you think it is |
| Spitler: | cause I ddnt hack anything |
| Rucas: | sure you did you did the exact same thing as changing a username in a url to gain access to a protected site |
| . . . | |
| Rucas: | you crossed state lines with ur packets so it's a federal crime |
| Spitler: | tri tru |

31.     Later that day, defendants Spitler and Auernheimer and other Goatse Security members discussed who in the press had disclosed the data breach to AT&T, since, contrary to the Gawker Article, neither defendant nor anyone from Goatse Security had.[12]  Indeed, defendant Auernheimer admitted as much to "Nstyr:"

| Nstyr: | you DID call tech support right? |
| Auernheimer: | totally but not really |
| Nstyr: | lol |
| Auernheimer: | i dont fuckin care i hope they sue me |

32.     Related, the following conversation ensued:

| Spitler: | I bet [the publisher of the *San Francisco Chronicle*] leaked us to AT&T faggot is prob regretting not breaking the story acting like sf chron is a real paper still with integrety[13] |
| Jenk: | lol |

---

[12] The Gawker Article reported: "Goatse Security notified AT&T of the breach and the security hole was closed."

[13] In addition to the e-mail sent to the Board member at News Corporation, defendant Auernheimer sent similar e-mails to the *San Francisco Chronicle* and Thomson-Reuters.

-13-

| Spitler: | or it wa all those reuters employees |
| . . . | |
| Nstyr: | you should've uploaded the list to full disclosure maybe you still can |
| Auernheimer: | no no that is potentially criminal at this point we won |
| Nstyr: | ah |
| Auernheimer: | we dropepd the stock price |
| Nstyr: | I guess |
| Auernheimer: | lets not like do anything else we fucking win and i get to like spin us as a legitimate security organization |

### June 10, 2010

33.   Fearful of the criminal repercussions of the data breach, defendants Spitler and Auernheimer had the following conversation during which they discussed destroying evidence of their crime:

| Auernheimer: | i would like get rid of your shit like are we gonna do anything else with this data? |
| Spitler: | no should I toss it? |
| Auernheimer: | i dont think so either might be best to toss |
| Spitler: | yeah, I dont really give a fuck about it the troll is done |
| Auernheimer: | yes we emerged victorious |
| Spitler: | script is going byebye too |

### F.   Losses

34.   To date, AT&T has spent approximately $73,000 in remedying the data breach. Those costs include, among other things, the cost of contacting all iPad 3G customers to inform them of the breach and AT&T's response to it.

-14-

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Arkansas.

Date Filed: 1/18/11
Christopher R. Johnson, Clerk
By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE   DIVISION

CRIMINAL NO. 5:11M5003-001 _____

COURT PERSONNEL:

JUDGE: _____

MAGISTRATE: Erin L. Setser_____

CLERK: Gina Hellums_____

RECORDER: Gina Hellums_____

GOVERNMENT: Dustin Roberts_____

INTERPRETER: _____

USA vs. ANDREW AUERNHEIMER_____

DEFENDANT'S COUNSEL:

Ken Osborne_____
(Name)
P O Box 1504_____
(Address)
Fayetteville, AR 72702_____
(City, States, Zip Code)
(479) 521-7727_____
(Telephone Number)
☐ RET   ☐ FPD   ☐ WV   ☑ CJA

## INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☑ Proceedings:   ☑ initial appearance  ☐ arraignment and plea
☑ Charges: ☑ magistrate complaint  ☐ information  ☐ indictment  ☐ superseding
☑ Rule 5 - District and case number:  New Jersey Mag. No. 11-4022 (CCC)
☐ Petition on supervised release
☑ Level of offense:  ☐ petty  ☐ misdemeanor  ☑ felony
☑ Defendant appeared:  ☑ with counsel  ☐ without counsel
☐ Waiver of counsel executed and filed
☐ CJA23 financial affidavit executed
☑ Counsel appointed
☐ Rule 44 (c) inquiry made regarding joint representation of defendants and advised
     of right to separate representation
☑ Inquiry made regarding defendant's age
☑ Inquiry made regarding defendant's education level and ability to read/write
     ___✓___ English          _____ Spanish
☑ Inquiry made that defendant is not under the influence of drugs/alcohol
☑ Inquiry made that defendant does not suffer from mental disease or disorder
     and is able to comprehend proceedings
☑ Court finds that defendant is person named in Rule 5 charging document
☑ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

I hereby attest and certify this is a printed copy of a document
which was electronically filed with the United States District Court
for the Western District of Arkansas.

Date Filed: __1/18/11__
Christopher R. Johnson, Clerk
By: _____, Deputy Clerk

INITIAL APPEARANCE/ARRAIGNMENT AND PLEA
USA vs. ANDREW AUERNHEIMER

☑ Defendant informed of rights
☑ Court finds that defendant has received charging document
☑ Court finds that defendant has read charging document or that it has been read to
    defendant and that it is understood by defendant
☐ Defendant informed of maximum possible penalties, including payment of special
    assessment and restitution
☐ Waiver of indictment executed and filed
☐ Information filed
☐ Indictment read    ☐ substance of charge stated
☐ Information read    ☐ substance of charge stated
☐ Complaint read    ☐ substance of charge stated
☑ Defendant waived reading of:  ☐ indictment   ☐ information   ☑ complaint
☐ Rule 11(e) plea agreement disclosed on record and filed
☐ _____

**DEFENDANT'S PLEA:**
☐ Not Guilty to count(s)    _____
☐ Guilty to count(s)    _____
☐ Nolo contendere to count(s)    _____
☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**
☐ Preliminary hearing    waived in this district
☑ Detention hearing    1/21/11 at 9:00, 4th Floor Ctrm
☐ Revocation hearing    _____
☐ Trial Date    _____
☐ Sentencing Date    _____
☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**
☐ Defendant directed to file Rule 16 discovery motions within _____ days
☐ Government directed to file responses to motions and file its Rule 16 discovery
    motions within _____ days
☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of
    particulars within _____ days after government responses

**BOND** set at  pending outcome of detention hearing
☐ Defendant released on present bond
☐ Defendant to make bond and be released
☑ Defendant remanded to custody of U.S. Marshal's Service

**SPECIAL CONDITIONS OF RELEASE:**
☐ Pretrial supervision as directed by the U.S. Probation Office.
☐ _____

_____

DATE:  1/18/2011

Proceedings began:  2:07
          ended:  2:14

**Other Documents**
5:11-mj-05003-ELS USA v. Auernheimer

### U. S. District Court

### Western District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 1/18/2011 at 3:40 PM CST and filed on 1/18/2011
**Case Name:**        USA v. Auernheimer
**Case Number:**      5:11-mj-05003-ELS
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**CJA 23 Financial Affidavit by Andrew Alan Escher Auernheimer.**

**This is a text only entry - no document is attached. THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**

**(gh)**


**5:11-mj-05003-ELS-1 Notice has been electronically mailed to:**

Kenneth L. Osborne osborne_bakerlaw@sbcglobal.net

Dustin S. Roberts Dustin.Roberts@usdoj.gov, Jane.Witten@usdoj.gov

**5:11-mj-05003-ELS-1 Notice has been delivered by other means to:**

# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

| USA | v.s. | Auernheimer | FOR | WESTERN DISTRICT OF ARKANSAS | | LOCATION NUMBER |
| | | | AT | FAYETTEVILLE | | ARW-FA |

PERSON REPRESENTED (Show your full name)

ANDREW AUERNHEIMER

| 1 ☑ Defendant—Adult |
| 2 ☐ Defendant - Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other |

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 18 2011

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed   $20 per hour

Name and address of employer: _Previous part-time employment_

IF YES, how much do you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month? $ _____

IF NO, give month and year of last employment   NOV 2008
How much did you earn per month? $ _approx_

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☑ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   RECEIVED $ 200   SOURCES Consulting

**CASH** — Have you any cash on hand or money in savings or checking accounts?   ☑ Yes  ☐ No  IF YES, state total amount $ 50

**PROP-ERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☑ Yes  ☐ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT   VALUE 300   DESCRIPTION 2000 Honda Civic - not running

**DEPENDENTS**

MARITAL STATUS:  ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them: 2 minor children overseas

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME Creditors | Total Debt | Monthly Paymt |
| --- | --- | --- |
| Rent - lives w/ friends, motels | $ | $ |
| Credit card | $ 1500 | $ ? |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)   1/18/2011

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _[signature]_

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

        v.                  No.  5:11M5003-001

ANDREW AUERNHEIMER                                            DEFENDANT

### O R D E R

The defendant requested a detention hearing at the initial appearance on a criminal complaint from the District of New Jersey conducted this date. Accordingly, the defendant is considered detained and remanded to the custody of the United States Marshal Service pending outcome of detention hearing.

The detention hearing is scheduled for Friday, January 21, 2011, at 9:00 a.m., Fourth Floor Courtroom, in Fayetteville.

SO ORDERED this 18th day of January, 2011.


_____
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Arkansas.

Date Filed: _____ 1/18/11
Christopher R. Johnson, Clerk
By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLERK'S MINUTES

**USA**
PLAINTIFF

ATTY:  DUSTIN ROBERTS

**ANDREW AUERNHEIMER**
DEFENDANT

ATTY:  KENNETH OSBORNE

JUDGE ERIN L. SETSER

REPORTER:  JANE ANN SHORT

CLERK:  JANE ANN SHORT

CASE NO. 5:11M5003-001

DATE:  JANUARY 21, 2011

ACTION: IN-COURT HEARING

TIME                                          MINUTES

| TIME | MINUTES |
|---------|-------------------------------------------------------------------------------|
| 9:10 am | Convene |
|         | Detention hearing waived |
|         | Defendant remanded to U.S. Marshal's service for extradition to New Jersey |
| 9:11 am | Adjourn |
|         | |
|         | |
|         | |
|         | |
|         | |
|         | |
|         | |

I hereby attest and certify this is a printed copy of a document
which was electronically filed with the United States District Court
for the Western District of Arkansas.

Date Filed: 1/21/11
Christopher R. Johnson, Clerk
By: _____, Deputy Clerk

## Other Orders/Judgments
5:11-mj-05003-ELS USA v. Auernheimer

**U. S. District Court**

**Western District of Arkansas**

**Notice of Electronic Filing**

The following transaction was entered on 1/21/2011 at 10:06 AM CST and filed on 1/21/2011
**Case Name:**        USA v. Auernheimer
**Case Number:**      5:11-mj-05003-ELS
**Filer:**
**Document Number:** 6

**Docket Text:**
**COMMITMENT TO ANOTHER DISTRICT as to Andrew Alan Escher Auernheimer. Defendant committed to District of New Jersey. Signed by Honorable Erin L. Setser on January 21, 2011. (cc: U.S. Marshall Service - Two Certified Copies)(jas)**

**5:11-mj-05003-ELS-1 Notice has been electronically mailed to:**

Kenneth L. Osborne  osborne_bakerlaw@sbcglobal.net

Dustin S. Roberts  Dustin.Roberts@usdoj.gov, Jane.Witten@usdoj.gov

**5:11-mj-05003-ELS-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1094675213 [Date=1/21/2011] [FileNumber=596220-0]
[986fec9cdcf2ac47a9dc0b9be2bec4da9a0e7a9ae68d363dc4cb6374e1bede6a5c7a
453c868799145324fef0134e15d3540123d70fc83bc91e3099a7e7972bff]]

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**JAN 2 1 2011**

AO-94 (Rev. 06/09) Commitment to Another District

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

     V.                              Case No. 5:11M5003-001

ANDREW AUERNHEIMER         Charging District's Case No.
Defendant                        Mag. No. 11-4022(CCC)

## COMMITMENT TO ANOTHER DISTRICT

      The defendant has been ordered to appear in the District of New Jersey. The defendant will not need an interpreter.

      The defendant is requesting court-appointed counsel.

      The defendant remains in custody after the initial appearance, having waived the detention hearing on the date it was scheduled,

      **IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this Order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of the court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

DATE: January 21, 2011

_____
HONORABLE ERIN L. SETSER
U.S. MAGISTRATE JUDGE

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| ARW | AUERNHEIMER, ANDREW ALAN ESCHER | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 5:11-005003-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. AUERNHEIMER | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1030A F – FRAUD ACTIVITY CONNECTED WITH COMPUTERS

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| OSBORNE, KENNETH<br>P.O. BOX 1345<br>FAYETTEVILLE AR 72702<br><br>Telephone Number: (479) 521-7727 | ☒ O  Appointing Counsel   ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney   ☐ Y  Standby Counsel<br>Prior Attorney's Name:<br>Appointment Date:<br>☒ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or<br>☐ Other (See Instructions)<br><br>_Signature_<br>Signature of Presiding Judicial Officer or By Order of the Court<br>01/18/2011<br>Date of Order     Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO |

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JAN 25 2011
CHRIS R JOHNSON, Clerk
By
Deputy Clerk

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )   TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )   TOTALS: | | | | | |
| 17. | Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses   (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM                TO

| 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|
| | |

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Arkansas.

Date Filed: 1/25/11

Christopher R. Johnson, Clerk

By: _____, Deputy Clerk

CLOSED

# U. S. District Court
## Western District of Arkansas (Fayetteville)
### CRIMINAL DOCKET FOR CASE #: 5:11-mj-05003-ELS All Defendants
### Internal Use Only

Case title: USA v. Auernheimer                 Date Filed: 01/18/2011

Assigned to: Honorable Erin L. Setser

### Defendant (1)

**Andrew Alan Escher Auernheimer**      represented by **Kenneth L. Osborne**
Attorney at Law
P.O. Box 1345
Fayetteville, AR 72702
(479) 521-7727
Fax: (479) 521-0734
Email:
osborne_bakerlaw@sbcglobal.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1030(a) and (c) and 18:1028 FRAUD ACTIVITY CONNECTED WITH COMPUTERS and FRAUD WITH IDENTIFICATION DOCUMENTS | |

**Plaintiff**

**USA**                           represented by **Dustin S. Roberts**
                                                 U.S. Attorney's Office
                                                 414 Parker Avenue
                                                 P.O. Box 1524
                                                 Fort Smith, AR 72902
                                                 479-783-5125
                                                 Fax: 479-441-0578
                                                 Email: Dustin.Roberts@usdoj.gov
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2011 | | Arrest Warrant Issued as to Andrew Alan Escher Auernheimer in District of New Jersey, Case NO. 11-4022 by Claire C Cecchi, U S Magistrate Judge. (gh) (Entered: 01/18/2011) |
| 01/18/2011 | 1 | COMPLAINT as to Andrew Alan Escher Auernheimer (1). Rule 5 from District of New Jersey Magistrate No 11-4022, Claire C. Cecchi, U S Magistrate Judge. (gh) (Entered: 01/18/2011) |
| 01/18/2011 | | Arrest of Andrew Alan Escher Auernheimer in Western District of Arkansas. Rule 5 arrest from District of New Jersey. (gh) (Entered: 01/18/2011) |
| 01/18/2011 | | Case unsealed as to Andrew Alan Escher Auernheimer. (gh) (Entered: 01/18/2011) |
| 01/18/2011 | 2 | Minute Entry for proceedings held before Honorable Erin L. Setser: Initial Appearance in Rule 5 Proceedings as to Andrew Alan Escher Auernheimer held on 1/18/2011 Ken Osborne appeared and was appointed for the defendant. Defendant waived the issues of probable cause. Detention hearing 1/21/11 at 9:00 in this district. Defendant remanded to custody of U.S. Marshals Service. (Court Reporter Gina Hellums) (gh) (Entered: 01/18/2011) |
| 01/18/2011 | 3 | ORDER OF DETENTION as to Andrew Alan Escher Auernheimer. Defendant waived the issue of probable cause in this district. Detention Hearing set for 1/21/2011 09:00 AM in Fayetteville -- 4th flr BK (Rm 416) before Honorable Erin L. Setser.Signed by Honorable Erin L. Setser on January 18, 2011. (gh) (Entered: 01/18/2011) |
| 01/18/2011 | 4 | CJA 23 Financial Affidavit by Andrew Alan Escher Auernheimer. **This is a text only entry - no document is attached. THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.** (gh) (Entered: 01/18/2011) |
| 01/21/2011 | 5 | Minute Entry for proceedings held before Honorable Erin L. Setser: In Court Hearing as to Andrew Alan Escher Auernheimer held on 1/21/2011. (Court Reporter Jane Ann Short) (jas) (Entered: 01/21/2011) |
| 01/21/2011 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Andrew Alan Escher |

| | | Auernheimer. Defendant committed to District of New Jersey. Signed by Honorable Erin L. Setser on January 21, 2011. (cc: U.S. Marshall Service - Two Certified Copies)(jas) (Entered: 01/21/2011) |
|---|---|---|
| 01/25/2011 | 7 | CJA 20 as to Andrew Alan Escher Auernheimer: Order appointing Kenneth Osborne to represent defendant. Signed by Honorable Erin L. Setser on January 18, 2011. (rw) (Entered: 01/25/2011) |
| 01/26/2011 | | Transmittal of Documents to U S District for the District of New Jersey: Original Commitment to Another District; certified copies of other documents; and, certified copy of docket sheet. (gh) (Entered: 01/26/2011) |
| 01/26/2011 | | (Court only) CASE TERMINATED as to Andrew Alan Escher Auernheimer (gh) (Entered: 01/26/2011) |

A TRUE COPY I CERTIFY
CHRISTOPHER R. JOHNSON, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
By: _____

1/26/2011