UNITED STATES DISTRICT COURT
                            DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Claire C. Cecchi

          v.                  :      Mag. No. 11-4022

ANDREW AUERNHEIMER            :      <u>ORDER</u>

          This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Lee Vartan and Zach Intrater, Assistant
U.S. Attorneys, appearing), and defendant Andrew Auernheimer
(Candace Hom, Esq., appearing),
          IT IS THE FINDING OF THIS COURT that:
          (1) On January 21, 2011, defendant Auernheimer appeared
before a Magistrate Judge in the Western District of Arkansas;
          (2) Pursuant to Rule 5(c)(2) of the Federal Rules of
Criminal Procedure, the Court ordered the United States Marshal's
Service to transport defendant Auernheimer to the District of New
Jersey; and
          (3) Pursuant to 18 U.S.C. § 3161(h)(1)(F), the first
ten days after such an Order is entered shall be excluded in
computing the time within which an information or indictment must
be filed.
          IT IS, therefore, on this      day of February, 2011,
          ORDERED that the period from January 22, 2011 through

and including January 31, 2011 shall be excluded in computing
time under the Speedy Trial Act of 1974.

_____
HON. CLAIRE C. CECCHI
United States Magistrate Judge