UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW AUERNHEIMER<br><br>PROCEEDINGS: __Initial Appearance__ | MAGISTRATE'S COURTROOM MINUTES<br><br>MAGISTRATE JUDGE: __Patty Shwartz__<br><br>MAGISTRATE NO.: __11-4022-02(CCC)__<br><br>DATE OF PROCEEDINGS: __2/23/11__<br><br>DATE OF ARREST: __2/23/11__ |

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: ✓ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

(X) PRELIMINARY / REMOVAL HRG
(X) DETENTION / BAIL HRG.
( ) TRIAL: ___ COURT ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: __3/9/11 at 11:30 a.m.__
DATE: __2/28/11 at 11:30 a.m. w/Judge Cecchi__
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __Lee Vartan & Zach Intrater__
DEFT. COUNSEL __~~Peter Carter~~ Candace Hom, AFPD__

PROBATION _____

INTERPRETER _____
Language: ( )

Time Commenced: __2:59 p.m.__
Time Terminated: __3:06 p.m.__
CD No: __ECR__

__Amy Andersonn__
DEPUTY CLERK