# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __Madeline Cox Arleo, U.S.M.J.__ |
| v. | MAGISTRATE NO.: __2:11-MJ-4022-2 (CCC)__ |
| ANDREW AUERNHEIMER | DATE OF PROCEEDINGS: __2/28/2011__ |
| | DATE OF ARREST: _____ |

PROCEEDINGS: __BAIL HEARING__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:   __ AFPD   __ CJA
( ) WAIVER OF HRG.:   __ PRELIM   __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   __ GUILTY   __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: __$50,000__
   (X) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED _____
(X) REPORT TO PRETRIAL SERVICES
(X) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:   __ COURT   __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __LEE DAVID VARTAN and ZACH INTRATER, AUSA__

DEFT. COUNSEL __CANDACE HOM, AFPD__

PROBATION _____

INTERPRETER _____
   Language:   ( _____ )

Time Commenced: 2:44
Time Terminated: 2:49
CD No: __11-02K__

_Kimberly Darling_
DEPUTY CLERK