# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT _____ NEW JERSEY

UNITED STATES OF AMERICA

V.

ANDREW AUERNHEIMER

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE    2:11-MJ-4022 (CCC)

I, _____ ANDREW AUERNHEIMER _____, charged in X complaint ☐ petition pending in this District _____ New Jersey _____

in violation of _____ 18 _____, _____ 1029 (b)(2) _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. including my right to have a ☐ examination X hearing, do hereby waive (give up) my right to a inary ☐ examination X hearing.

2-28-11
Date

_____
Defendant

_____
Counsel for Defendant